No. 215. WEAVER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Arthur Abraham* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 218. HARTFORD ACCIDENT & INDEMNITY CO. ET AL. v. CONTINENTAL CASUALTY CO. C. A. 5th Cir. Certiorari denied. *David Arthur Binder* for petitioners. *R. Emmett Kerrigan* and *Edward H. Cushman* for respondent.

No. 219. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *John H. Ruffin, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 221. FOGARASCHER ET AL. v. FRICKE. Sup. Ct. Ohio. Certiorari denied. *John R. Vintilla* for petitioners. *Ellis V. Rippner* and *Richard W. Schwartz* for respondent.

No. 224. WEBB v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *Sizer Chambliss* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 225. SLOMANSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Leonard M. Mendelson* for petitioner. *Harold Kaminsky* for respondent.

No. 226. ROPER ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Harris B. Steinberg* for petitioners. *Frank S. Hogan* for respondent.